**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GALLATIN POWER PARTNERS, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>CITRINE SOLAR LLC,<br><br>Defendant. | Civil Action No: 1:26-cv-02018 (ALC)<br><br><br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters her appearance in this action on behalf of Defendant Citrine Solar LLC in accordance with the Southern District of New York Instructions for Admission for Pro Hac Vice.[1] Ms. Wolfe is a member of the firm of K&L Gates LLP and is registered on the Court's CM/ECF system. She was admitted pro hac vice in this action on April 6, 2026. Accordingly, Defendant Citrine Solar LLC requests that any Notices of Electronic Filing in this case be sent to Ms. Wolfe at the following e-mail address: Emma.Wolfe@klgates.com along with her colleagues identified in the signature block below.

Dated: New York, New York
April 8, 2026

/s/ *Emma R. Wolfe*
Emma R. Wolfe (*Admitted pro hac vice*)
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
Tel: (615) 780-6700
Fax: (615) 780-6799
Email: Emma.Wolfe@klgates.com

[1] https://www.nysd.uscourts.gov/attorney/prohac

Reymond E. Yammine
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel: (973) 848-4000
Fax: (973) 848-4001
Email: Reymond.Yammine@klgates.com

*Attorneys for Defendant Citrine Solar LLC*