UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————x

GALLATIN POWER PARTNERS, LLC

                          Petitioner    :      1:26-cv-2018 (ALC)

    -against-                  :      <u>ORDER</u>

CITRINE SOLAR LLC ET AL

                    Respondents.

—————————————————x

**ANDREW L. CARTER, JR, United States District Judge:**

    The Court is in receipt of the Parties' April 14, 2026 joint status report indicating Plaintiff has made a demand and that Defendant has yet to make a counteroffer. The Parties are ORDERED to continue settlement discussions while they brief the motion to compel. The Parties are ORDERED to provide the Court with a joint status report as to settlement by May 6, 2026.

SO ORDERED.

Dated:  April 15, 2026
      New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**