UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————x

GALLATIN POWER PARTNERS, LLC

                          Petitioner     :     1:26-cv-2018 (ALC)

      -against-              :     **ORDER**

CITRINE SOLAR LLC ET AL

                    Respondents. :

————————————————————x

ANDREW L. CARTER, JR., United States District Judge:

The Court ORDERS Plaintiff to file a copy of the MIPA by June 8, 2026.

SO ORDERED.

Dated: June 4, 2026
    New York, New York

                                            _____
                                            ANDREW L. CARTER, JR.
                                            United States District Judge