UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————X

GALLATIN POWER PARTNERS, LLC

                        Petitioner   :      1:26-cv-2018 (ALC)

        -against-              :      ORDER

CITRINE SOLAR LLC ET AL

                   Respondents. :

————————————————————X

**ANDREW L. CARTER, JR.,** United States District Judge:

In no more than 3 pages, by June 12, 2026, the Defendants are ORDERED to address how the language in the MIPA affects the Court's analysis of whether the termination agreement needed to be signed.

Plaintiff's response, of no more than 3 pages, is due by June 16, 2026.

        SO ORDERED.

Dated:  June 9, 2026
       New York, New York

                             **ANDREW L. CARTER, JR.**
                             **United States District Judge**