UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————x

GALLATIN POWER PARTNERS, LLC

                         Petitioner  :      1:26-cv-2018 (ALC)

      -against-              :      **ORDER**

CITRINE SOLAR LLC ET AL

                     Respondents.

——————————————————————x

**ANDREW L. CARTER, JR., United States District Judge:**

In no more than 3 pages, by June 25, 2026, Defendants are ORDERED to respond to Plaintiff's June 16, 2026 letter.

        SO ORDERED.

Dated:   June 23, 2026
        New York, New York

                                              **ANDREW L. CARTER, JR.**
                                            **United States District Judge**